IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| Q.C.E., | : | |
|     Petitioner, | : | |
| v. | : | Case No. 4:25-cv-50-CDL-AGH |
| | : | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, | : | |
|     Respondent. | : | |

**<u>ORDER</u>**

Pending before the Court is Respondent's motion to dismiss (ECF No. 10). According to Respondent, Petitioner—who is a Venezuelan citizen—was removed to El Salvador on March 15, 2025, pursuant to a final order of removal. Resp't's Mot. to Dismiss 2, ECF No. 10. Respondent asserts the removal was authorized by 8 U.S.C. § 1231(b)(2), which allows removal of aliens to third countries in certain circumstances. *Id.* Respondent contends that Petitioner is no longer in the custody of United States Immigration and Customs Enforcement ("ICE") or Enforcement and Removal Operations ("ERO") and that his removal from the country renders his petition moot. *Id.*

Because of the unique and complex jurisdictional issues, the Court finds appointment of counsel for Petitioner is necessary. Therefore, pursuant to its inherent authority to do so, the Court appoints Rebecca Cassler, Senior Litigation Attorney with the American Immigration Council, as counsel for Petitioner. In light of this appointment, the Court orders that Petitioner shall have through and including May 8,

2025, to file a response to Respondent's motion to dismiss (ECF No. 10). Further, Petitioner shall have through and including May 8, 2025, to file an amended petition. Additionally, the Court concludes that a period of discovery is appropriate to address the jurisdictional issues. Therefore, the parties are ordered to confer and present to the Court within fourteen (14) days a scheduling order addressing the following:

 1) the scope and timeframe of discovery;

 2) a briefing schedule, including any modifications to the response/amendment deadlines set forth above, and the filing of reply briefs;

 3) whether an evidentiary hearing is necessary; and

 4) any other matters the parties deem pertinent.

Any disagreement by the parties should be outlined in the submitted order so the Court can resolve them.

**SO ORDERED**, this 8th day of April, 2025.

 s/ *Amelia G. Helmick*
 UNITED STATES MAGISTRATE JUDGE