# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| E.D.Q.C., | : |
| Petitioner, | : |
| v. | : Case No. 4:25-cv-50-CDL-AGH |
| | : 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, *et al.*, | : |
| Respondents. | : |

## ORDER

Respondents filed a motion to reconsider (ECF No. 37) the Court's order (ECF No. 36) granting Petitioner's request for expedited jurisdictional discovery in light of the district court's subsequent ruling on constructive custody in *J.G.G. v. Trump*, No. 25-766 (JEB), -- F. Supp. 3d --, 2025 WL 1577811, at *8-13 (D.D.C. June 4, 2025) and in order to give Respondents an opportunity to appeal this Court's order. While jurisdictional discovery is still necessary to determine the issue of custody, the Court is inclined to grant Respondents' request to stay the discovery deadlines outlined in its June 3 Order and to limit discovery at this time to Petitioner's A-file and the documentation previously provided in *J.G.G.* under seal. The parties are directed to consult on this issue and file a status report by Monday, June 9, 2025 at 4:00 p.m. If the parties cannot come to an agreement on how to proceed, Petitioner may alternatively file a response to the motion for reconsideration by Monday, June, 9, 2025 at 4:00 p.m.

**SO ORDERED**, this 6th day of June, 2025.

                                               s/ *Amelia G. Helmick*
                                       UNITED STATES MAGISTRATE JUDGE