IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| E.D.Q.C., | : |
|     Petitioner, | : |
| v. | : Case No. 4:25-cv-50-CDL-AGH |
| | : 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, *et al.*, | : |
|     Respondents. | : |

**ORDER GRANTING MOTION FOR DEADLINES**

The Parties submitted a Joint Status Report and Motion for Deadlines. For good cause show, the Court **GRANTS** the Motion for Deadlines and **ORDERS** the following:

1. By June 12, 2025, Respondents shall produce to Petitioner and file under seal with the Court all jurisdictional discovery produced by respondents in *J.G.G. v. Trump*, No. 25- cv-766 (JEB) (D.D.C.);

2. All other jurisdictional discovery deadlines ordered by the Court (ECF No. 36) are stayed;

3. By June 19, 2025, Petitioner shall respond to Respondents' Motion for Reconsideration (ECF No. 37). If, however, Petitioner determines that no further discovery is warranted to determine the Court's jurisdiction, the Parties shall file a status report with the Court no later than June 19, 2025, setting forth agreed upon next steps for the case;

4. By June 26, 2025, Respondents may file a reply in support of the Motion for Reconsideration (ECF No. 37).

**SO ORDERED**, this 9th day of June, 2025.

                                        s/ *Amelia G. Helmick*
                                      UNITED STATES MAGISTRATE JUDGE