IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| E.D.Q.C., : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Case No. 4:25-cv-50-CDL-AGH |
| : | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION : | |
| CENTER, *et al.*, : | |
| : | |
| Respondents. : | |

### ORDER GRANTING MOTION FOR DEADLINES

The Parties have submitted a Joint Motion for Deadlines and Page Limits for Briefing on Respondents' Objections to the Magistrate Judge's Order Denying Respondents' Motion for Reconsideration (Dkt. 58). For good cause shown, the Court **GRANTS** the Motion and **ORDERS** the following:

- By July 25, 2025, Petitioner shall file a response in opposition to Respondents' objections, not to exceed 20 pages.

- By July 30, 2025, Respondents may file a reply in support of their objections, not to exceed 10 pages.

**SO ORDERED**, this 16th day of July, 2025.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE